IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDWARD L. POLLARD,

        Plaintiff,

v.

BRIANNA J. KRAFT, SANDRA DU IVES,
M.D. ROBERT DRUKER and M.D. SMITH,

        Defendants.

ORDER

17-cv-802-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on January 5, 2018, I dismissed plaintiff Edward L. Pollard's complaint because it violated Fed. R. Civ. P. 8. I gave plaintiff until February 2, 2018 to file an amended complaint, providing defendants fair notice of his claims. I told plaintiff that if he failed to respond by February 2, 2018, I would dismiss his case for failure to state a claim upon which relief may be granted.

On January 31, 2018, plaintiff called the clerk's office asking for an extension of time to respond to the order. Plaintiff was advised that he needed to put his request in writing. It is now several weeks later, and plaintiff has neither filed an amended complaint, nor otherwise requested additional time to do so. Accordingly, this case will be dismissed.

1

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff Edward L. Pollard's failure to state a claim upon which relief may be granted. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 27th day of February, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge